# SUPREME COURT OF ARKANSAS

No. CR-13-1006

| | |
|---|---|
| ROLANDIS LARENZO CHATMON<br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br>APPELLEE | **Opinion Delivered** JANUARY 16, 2014<br><br>MOTION TO BE RELIEVED AS COUNSEL; MOTION FOR APPOINTMENT OF COUNSEL AND EXTENSION OF BRIEF TIME<br><br><u>MOTIONS GRANTED; BRIEFING SCHEDULE ORDERED</u>. |

**PER CURIAM**

Appellant, Rolandis Larenzo Chatmon, was convicted in Faulkner County Circuit Court of three counts of aggravated robbery and theft of property with a firearm enhancement and was sentenced as a habitual offender to three consecutive sentences of life imprisonment plus thirty years. Chatmon is represented on appeal by Karen Walker, a full-time public defender. Ms. Walker now asks that she be relieved as counsel on the ground that she is ineligible for compensation for services as appellate counsel.

Arkansas Code Annotated section 19-4-1604(b)(2)(B) (Repl. 2007) provides that persons employed as full-time public defenders who are not provided a state-funded secretary are eligible to seek compensation for appellate work. Counsel here affirms that she is a full-time public defender with a full-time, state-funded secretary. Under these circumstances, she is not entitled to be paid for services in this appeal, and her request to be relieved is well founded. *See Rhodes v. State*, 2009 Ark. 138, 297 S.W.3d 551 (per curiam).

Therefore, we grant Ms. Walker's motion to be relieved, and we grant Chatmon's

request to appoint him counsel. We appoint attorney Mr. Bobby R. Digby II to represent

Chatmon and direct our clerk to set a new briefing schedule for the appeal.

Motions granted; briefing schedule ordered.